Steven Ray: of the family Robertson
Petitioner

Vs.

Texas Department of Criminal Justice –
Board of Pardons + Parole + Probation Division
Collin County; Collin County District
Attorney's Office
Respondants

<u>In re Application for Writ of Habeas Corpus</u>

Comes Now, Steven Ray: of the Family Robertson, a Living Man, hereinafter Petitioner, to inform the Court of his unlawful imprisonment by Respondants in the Dallas County Jail for invoking and exercising his common law and constitutionally protected rights. Petitioner requests the court to issue an Order to Respondants ordering Respondants to Show Cause for their ongoing unlawful restraint of Petitioners liberty under Color of State Law. In support thereof, Petitioner shows the Honorable Court the following.

1) Petitioner is being restrained of his liberty by Respondants by non-judicial administrative proceedings allegedly violating their unconstitutional Ex-post facto laws and Bills of Attainder disguised in the form of "codes" and "rules".

2) Petitioner is a devout Christian man and a firm Believer in Law and Order.

Page 1 of 5

3) Respondents have restrained Petitioner of his liberty not because Petitioner has harmed/injured anyone which forms the sole basis for personal and subject matter jurisdiction, but rather, because Petitioner allegedly violated Respondents Bills of Attainder/Ex Post Facto Laws disguised as "codes" and "rules" which all circuit and the United States Supreme Court have plainly held are not laws; and are null and void when they conflict with common law and constitutionally protected rights of the people.

4) The source of power/authority of all administrative agencies and their bonded public servants/agents derive from the Texas Administrative Procedures Act (APA) which grants agencies wide latitude in writing & promulgating and enforcing their written "codes" and "rules" with one important caveat: their "rules" and "codes" cannot violate the common law and constitutionally protected rights of the people.

5) It is a well established legal maxim that one cannot give (a power) to another what it doesn't itself possess.

6) Long before the Bill of Rights were added to the original constitution, Bills of Attainder and Ex Post Facto Laws were prohibited (See: Article 1, Section 10).

page 2 of 5

Legislative acts that inflict punishment without a judicial trial or a finding of guilt for wrong-doing on a man has been unlawful since BEFORE the Bill of Rights existed.

7) Respondants cannot lawfully substitute a trial by jury with their non-judicial administrative tribunals without violating the United States Constitution which they, as BONDED Public Servants, have taken a solemn oath to defend, protect & uphold.

8) United States Supreme Court Justice Jackson held that non-judicial administrative agencies form a Fourth Branch of government more powerful than all three of the other Branches combined in that they write their own rules/codes, adjudicate these rules in non-judicial proceedings, and execute the non-judicial agency findings, and are thus, a blatant violation of the Separation of Powers clause and the Supremecy Clause of the United States Constitution, as well as a fatal breach of the 5th and 14th Amendments.

9) In its recent ruling against the Environmental Protection Agency (E.P.A.) the Supreme Court reined in the unlawfulness of tyrannical administrative agencies. In its ruling the Supreme Court held

codes are not law        d) ordinances are not law
statutes are not law     e) rules are not law
orders are not law       f) mandatory/required aren't laws;

but rather, all law derives from We the People via their article 1 legislatures.

10) Respondant has unlawfully restrained Petitioner of his freedom seven (7) times in non-judicial administrative hearings for alleged violation of its "rules" [i.e., Bills of Attainder / Ex Post Facto laws], not because Petitioner actually committed a crime involving a harmed/injured party, but rather, because Petitioner dared to exercise his God-given rights and constitutionally-protected rights. Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them.

11) Petitioner is a 75-year old great grandfather, a devout Law and Order Christian man who routinely performs various types of community service.

12) Respondants, all, are law-breakers who have violated their Oath of Office, and, who have committed scores of tortious criminal acts against Petitioner under color of state law via use of Bills of Attainder, using their rules/codes to abrogate Petitioner's inalienable rights.

page 4 of 5

13) Petitioner, in view of the preceding 12 paragraphs, prays the Honorable Court for the following:

(A) To issue an order declaring Petitioner possesses constitutional and common law inalienable rights which Petitioner cannot waive even if he chose to;

(B) To issue an order declaring Respondants are violating Petitioners rights as well as guilty of ultra vires impermissible misapplication of their Bills of attainder ("rules") to rob Petitioner of his freedom;

(C) To issue an order declaring Respondants may not lawfully elevate mere "rules" & "codes" above Petitioners rights and immunities;

(D) To issue a Temporary Restraining Order (TRO) forbidding Respondants & their assigns from using their rules/codes to deprive Petitioner of his rights under color of state law until the court hears this matter on its merits.

(E) To issue an Order to Respondants to Show Cause for its continued violation & false imprisonment of Petitioner.

Respectfully submitted,

<u>Steven Ray: of the family Robertson</u> in sui juris capacity
All Rights Reserved — No rights waived

March 21, 2023                          page 5 of 5